# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

Edwin-Jair Montano,

             Petitioner,

v.

Eric Rokosky,

             Respondent.

No. CV-26-03207-PHX-JCH (MTM)

**ORDER**

Petitioner filed this action under 28 U.S.C. § 2241 challenging his prolonged immigration detention.  (Doc. 1.)  The Court ordered Respondents to respond to the Petition. (Doc. 3.)  On June 3, 2026, Respondents filed a Response indicating Petitioner was removed from the United States.  (Doc. 9.)  Because Petitioner is no longer in custody, the Petition is moot, *Abdala v. INS*, 488 F.3d 1061, 1064 (9th Cir. 2007), and the Court will dismiss the action as such.

Accordingly,

**IT IS ORDERED dismissing as moot** Petitioner's Petition under 28 U.S.C. § 2241 (Doc. 1) and this case.

**IT IS FURTHER ORDERED** dismissing any pending motions as moot and directing the Clerk of the Court enter judgment accordingly and close this case.

Dated this 4th day of June, 2026.

John C. Hinderaker
United States District Judge